# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

In re:

**OHM HOSPITALITY, LLC.,**

    Debtors

Case No. 19-02806-als11

Chapter 11

**APPLICATION TO EMPLOY ATTORNEY**

COMES NOW, the Debtors and for their Application to Approve Employment of Attorney states as follows:

1. The Debtors filed a Petition herein under Chapter 11 of the Bankruptcy Code on or about December 4, 2019, in the Southern District of Iowa.

2. The Debtors wish to employ Robert C. Gainer of Cutler Law Firm, P.C., Attorneys at Law.

3. The Debtors have selected Cutler Law Firm, P.C. for the reason that they have had considerable experience in matters of this character, and believe that Cutler Law Firm, P.C. are well qualified to assist them as Debtors in this proceeding.

4. The professional services said Cutler Law Firm, P.C. are to fully represent the Debtors in this Chapter 11 proceeding as attorney. It is necessary for the Debtors to employ an attorney for such professional services.

5. To the best of the Debtors' knowledge, said Cutler Law Firm, P.C. has no connection with the Debtors, the creditors, or any other party in interest, or the United State Trustee's Office, except: (A) that Robert Gainer was previously employed by the United States Trustee's Office for the Southern District of Iowa.

6. The terms of the employment of Cutler Law Firm, P.C. agreed to by the Debtors, subject to the approval of the Court, are that certain attorney and other personnel within the firm will undertake this representation at their standard hourly rates.

7. The individuals presently designated to represent the Debtor and their hourly rates are Robert C. Gainer - $265.00/Hour; Associates - $190/Hour

This hourly rate is subject to periodic adjustments to reflect economic and other conditions. The attorney will make periodic applications for interim compensation, and if, at the completion of this case, the results merit it, the attorneys may make application to the Court for the allowance of a premium above their designated hourly rate.

8. A retainer has been paid to Cutler Law Firm, P.C..

9. Cutler Law Firm, P.C. represents no interest adverse to the Debtors or the estate in the matters upon which they are to be engaged for the Debtors, and their employment would be to the best interest of this estate. Cutler Law Firm, P.C. is a disinterested person as that term is used within the Bankruptcy Code.

WHEREFORE, the Debtors pray that its employment of said Cutler Law Firm, P.C. under the terms specified to assist it as Debtor in this case under Chapter 11 of the Bankruptcy Code be approved by the Court, and for any further relief this Court deem just and equitable.

DATED:  December 3, 2019

**OHM HOSPITALITY, LLC**

BY: */s/ Matish Patel,* its President


BY ___/s/ Robert C. Gainer___
Robert C. Gainer     #IS9998471
CUTLER LAW FIRM, P.C.
1307 50TH Street
West Des Moines, Iowa 50266
Telephone: (515) 223-6600
rgainer@culterfirm.com
ATTORNEY FOR DEBTORS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

In re:

**OHM HOSPITALITY, INC.,**

    Debtors

Case No.

Chapter 11

**AFFIDAVIT OF PROPOSED ATTORNEY**

STATE OF IOWA    )
                          )ss:
COUNTY OF POLK )

I, Robert C. Gainer, hereby make solemn oath:

1. I am an attorney and counselor at law, duly admitted to practice in the State of Iowa and in this Court.

2. I am a partner and practice law under the firm name of Cutler Law Firm, P.C. The law firm maintains offices for the practice of law at 1307 50th St, West Des Moines, IA 50266.

3. The firm has no connection with OHM Hospitality, Inc., the above named debtors, their creditors, the United States Trustee or any person employed by the Office of the U.S. Trustee, or any other party in interest herein, or their respective attorneys, except that Robert Gainer was previously employed by the United States Trustee's Office for the Southern District of Iowa.

4. The firm represents no interest adverse to the Debtors in Possession in the matters upon which it is to be engaged.

5. The firm is employed pursuant to a written agreement with the Debtors.

_____
Robert C. Gainer #IS9998471

Subscribed and sworn to before me by Robert C. Gainer on this 6th day of December, 2019.

_____
NOTARY PUBLIC, STATE OF IOWA

COURTNEY E. BAUMAN
Commission Number 757358
My Commission Expires
4/9/21

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon all registered users of the CM/ECF System party to this case on the 6th day of December, 2019; and by United States mail to the addresses shown below.

/s/ *Courtney Bauman*

U.S. Trustee
210 Walnut St., Room 793
Des Moines, IA 50309